IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

BERMAN, SOBIN, GROSS,  :
FELDMAN & DARBY, LLP   :
481 N. Frederick Avenue, #300  :
Gaithersburg, Maryland 20877  :
Montgomery County  :
                               :
and                            :
                               :
DAVID GALINIS, ESQ.            :
481 N. Frederick Avenue, #300  :
Gaithersburg, Maryland 20877   :
Montgomery County              :
                               :
and                            :       **Case No.**
                               :
**THADDUS C. ROBERTS**         :
10900 John Paul Jones Avenue   :
Fort Washington, Maryland 20744 :
Prince George's County         :
                               :
         Petitioners           :
                               :
v.                             :
                               :
**CAROLYN W. COLVIN, COMMISSIONER** :
**SOCIAL SECURITY ADMINISTRATION**  :
**Serve:** General Counsel     :
         Social Security Administration :
         Room 617, Altmeyer Building :
         6401 Security Boulevard :
         Baltimore, MD 21235-6401 :
                               :
and                            :
                               :
**UNITED STATES**              :
**Serve:** Rod J. Rosenstein, U.S. Attorney :
District of Maryland           :
Southern Division              :
6406 Ivy Lane Suite 800        :
Greenbelt, Maryland 20770      :
                               :
**Serve:** Eric Holder, U.S. Attorney General :
U.S. Department of Justice     :

950 Pennsylvania Avenue, NW   :
Washington, D.C. 20530-0001   :
                              :
                              :
Respondents                   :

---

## PETITION FOR WRIT OF MANDAMUS

The above-mentioned Petitioners make the following representations to this honorable Court for the purpose of obtaining a Writ of Mandamus pursuant to 28 U.S.C. §1361 to compel the Commissioner to perform ministerial duties established by 42 U.S.C. § 1383. These provisions create an obligation for the "Commissioner of Social Security [to] provide reasonable notice and opportunity for a hearing to any individual who is or claims to be an eligible individual or eligible spouse and is in disagreement with any determination under this subchapter with respect to eligibility of such individual for benefits, or the amount of such individual's benefits, if such individual requests a hearing on the matter in disagreement within sixty days after notice of such determination is received…" 42 U.S.C. § 1383 (c)(1).

### FACTUAL BACKGROUND

1.  That Petitioners Berman, Sobin, Gross, Feldman & Darby, LLP ("BSGFD") and David Galinis ("Mr. Galinis") are now, and were at all times relevant, located in the City of Gaithersburg, Montgomery County, State of Maryland. Petitioners BSGFD and Mr. Galinis' practice includes, among other things, representing people who have been denied Social Security disability benefits.

2.  That Mr. Galinis is an attorney in good standing and is admitted to practice law before the highest court of the State of Maryland, the Court of Appeals, and the Federal District Court of Maryland. (Federal Bar No. 013476).

3. That Respondent Social Security Administration ("SSA") has maintained a local office located at 6110 Allentown Road, Suitland, Maryland 20746 at all times throughout the proceeding of this matter.

4. On May 13, 2011, Petitioner Thaddus C. Roberts ("Mr. Roberts") submitted a completed initial application for Social Security Disability Benefits online. (See Exhibit 1).

5. On February 17, 2012, Petitioner Mr. Roberts received an initial denial of Social Security Disability Benefits. (See Exhibit 2).

6. Petitioners submitted a Request for Reconsideration on February 24, 2012, as evidenced by the Receipt of Request for Reconsideration. (See Exhibit 3).

7. On April 10, 2012, Petitioners received a denial of the reconsideration request. (See Exhibit 4).

8. On April 16, 2012, Petitioners filed a Request for Hearing (FORM HA-501), requesting a hearing to appeal Petitioner Mr. Roberts denial decision. (See Exhibit 5). The request for a hearing was filed within sixty (60) days of the Reconsideration Denial and was timely filed pursuant to 42 U.S.C. § 1383.

9. Petitioners BSGFD and Mr. Galinis mailed a Disability Report to the SSA on May 1, 2012. No other communications were received from the SSA until February 6, 2013.

10. Petitioners BSGFD and Mr. Galinis sent a facsimile to the attention of Ms. Perez at the SSA office in Suitland, Maryland, on January 31, 2013, requesting an update on the status of Petitioner Mr. Roberts Request for Hearing. (See Exhibit 6).

11. That by letter dated February 5, 2013, Petitioners BGSFD and Mr. Galinis mailed certified return receipt to the SSA office in Suitland requesting the status of Petitioner Mr. Roberts' Request for Hearing. (See Exhibit 7).

12.     On February 6, 2013, Petitioners BGSFD and Mr. Galinis received the original letter, dated February 5, 2012, requesting an update on the status of Petitioner Mr. Roberts Request for Hearing, with a handwritten note indicating "no Appeal, need to file new claim." (See Exhibit 8).

13.     On February 25, 2013, Petitioners BSGFD and Mr. Galinis mailed, by certified mail return receipt requested, a letter to both the Suitland SSA Office and the Social Security Appeals Council ("Appeals Council") stating "[t]he Claimant will not be filing a new claim as a timely Request for Hearing had been filed. Filing a new claim prejudices my client. [...] Please process the time[ly] Request for Hearing filed in this case." (See Exhibit 9).

14.     In September 2013, Petitioner Mr. Roberts received both a denial of reconsideration and a Notice of Award on September 5 and September 14, respectively. (See Exhibits 10 and 11)

15.     The Notice of Award granted Petitioner Mr. Roberts disability benefits beginning in August 2013, which was more than two years after the original alleged disability onset date of March 25, 2011. (See Exhibit 11).

16.     Petitioners BSGFD and Mr. Galinis immediately responded to the Suitland SSA Office by mailing a letter, dated September 26, 2013, that included a *second* Request for a Hearing, as to the onset date listed in the Notice of Award. (See Exhibit 12).

17.     On January 7, 2014, Petitioners BGSFD and Mr. Galinis mailed by certified mail return receipt requested, a letter to the Suitland SSA Office requesting the status of Petitioner Mr. Roberts' now *two* Requests for Hearings. (See Exhibit 13).

18. That Petitioners BSGFD and Mr. Galinis inquired *for a fifth time* in a letter mailed on March 6, 2014, as to the status of Petitioner Mr. Roberts' Request for Hearing. (See Exhibit 14).

19. That as of the date of this Petition for Writ of Mandamus, the SSA has failed to provide an opportunity for Petitioner Mr. Roberts to appear before an Administrative Law Judge ("ALJ") as required by 20 C.F.R. §§ 405.301(b) and 405.305.

20. That the Petitioners have exhausted all avenues of relief prior to filing this action.

21. Petitioner Mr. Roberts timely requested a Hearing before an ALJ in 2012, a second Hearing request was timely filed in 2013, and to date the SSA has neither provided a hearing nor acknowledged Petitioner's right to a hearing.

22. Because of the Commissioner's failure to provide Petitioner Mr. Roberts an opportunity to dispute the SSA denial determination before an ALJ, no other adequate remedy is available and the proper remedy for violation of 42 U.S.C. § 1383(c)(1), is a court order compelling the Respondent Commissioner to immediately provide Petitioner Mr. Roberts with an opportunity for a hearing to dispute the denial determination of individual benefits before an ALJ.

## PRAYER FOR RELIEF

WHEREFORE, Petitioners ask for a Writ of Mandamus compelling the Respondent, Commissioner of the Social Security Administration, to issue proper notice, to provide a scheduled date for an opportunity for a hearing before an Administrative Law Judge, and such other and further relief as the Court may deem proper.

Respectfully submitted,

BERMAN, SOBIN, GROSS, FELDMAN & DARBY, LLP.

_____
David Galinis, Esq. #013476
481 N. Frederick Avenue, #300
Gaithersburg, Maryland 20877
(301) 670-7030
fax: (301) 670-9492
*Attorneys for the Petitioners*